# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL, | Case No. 2:24-cv-01449-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 1] |
| EQUIFAX INFORMATION SERVICES, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Unfortunately, Plaintiff's handwriting on that application is not sufficiently legible for the Court to determine whether he qualifies for pauper status. *See* Local Rule IA 10-1(a)(2) ("Handwriting must be legible"). Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff must file a new application that states clearly all required information by August 27, 2024.

IT IS SO ORDERED.

Dated: August 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1