# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01449-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

On August 12, 2024, the Court denied Plaintiff's application. Docket No. 3. The Court ordered Plaintiff to refile that application with more legible handwriting by August 27, 2024. *Id.* No renewed application has been filed.

The Court hereby **ORDERS** Plaintiff to either (1) file a new application to proceed *in forma pauperis* that states clearly all required information or (2) pay the filing fee. Plaintiff must comply with this order by September 13, 2024. **Failure to comply with this order may result in dismissal.**

IT IS SO ORDERED.

Dated: August 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge