1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                               **DISTRICT OF NEVADA**

6

7    WILLIAM H. BALL,                          Case No. 2:24-cv-01449-GMN-NJK

8          Plaintiff(s),                                       **ORDER**

9    v.

10   EQUIFAX INFORMATION SERVICES,

11         Defendant(s).

12         On September 25, 2024, the Court ordered Plaintiff to show cause why this case should not

13   be dismissed for failing to file an amended application to proceed *in forma pauperis*.  Docket No.

14   5.  Later that same day, Plaintiff's amended application to proceed *in forma pauperis* was docketed

15   by the Clerk's Office.  Docket No. 6.  In light of the filing of the amended application to proceed

16   *in forma pauperis*, the order to show cause is discharged.[1]  The Court will address the amended

17   application to proceed *in forma pauperis* and screen the complaint, as warranted, in the ordinary

18   course.  *See* Docket No. 2 ("If you have: (1) submitted a complaint and (2) filed a fully complete

19   in forma pauperis application, the Court will screen your complaint and issue a separate screening

20   order in the future.  The Court may issue a screening order several months after you submit your

21   complaint").

22         IT IS SO ORDERED.

23         Dated: September 26, 2024

24                                                          _____

25                                                          Nancy J. Koppe
                                                            United States Magistrate Judge
26

27   _____

28        [1] Although the Court is discharging the order to show cause, Plaintiff is cautioned that he
     must strictly comply with all deadlines moving forward.

                                                    1