# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01449-GMN-NJK<br><br>**ORDER** |

It appears that Plaintiff William H. Ball has failed to update his address. *See, e.g.*, *Ball v. Circa Hotel & Casino, LLC*, Case No. 2:24-cv-01457-CDS-NJK, Docket No. 10 (D. Nev. Jan. 15, 2025) (mail returned as undeliverable).[1] "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by February 5, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: January 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff has filed many other cases to which the undersigned is assigned. Although mail has not yet been returned as undeliverable in this case, it has been so returned in Plaintiff's other cases.

1