UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>      Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES,<br><br>      Defendant. | Case No.: 2:24-cv-01449-GMN-NJK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

   Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 10), of United States Magistrate Nancy J. Koppe, which recommends dismissing Plaintiff's Complaint without prejudice because Plaintiff failed to update his address.

   A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

   Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 10) (setting a February 20, 2025 deadline for objections).

1   Accordingly,

2   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 10), is

3   **ACCEPTED and ADOPTED** in full.

4   **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

5   Dated this _25_ day of February, 2025.

      _____
      Gloria M. Navarro, District Judge
      United States District Court